UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

WILMER ALEXANDER
MOTINO-AGUILAR,

     Petitioner,

v.

MARKWAYNE MULLIN, et al.,[1]

     Respondents.

No. 6:25-CV-088-H

## ORDER

Wilmer Alexander Motino-Aguilar petitioned for a writ of habeas corpus challenging his mandatory detention without bond. Dkt. No. 1. The parties now "advise the Court that [Motino-Aguilar] voluntar[ily] departed the United States." Dkt. No. 17. Accordingly, he is no longer detained.

Based on the information provided, the Court concludes that Motino-Aguilar's claims are moot. *Francis v. Lynch*, 622 F. App'x 455, 455–56 (5th Cir. 2015) (challenge to detention pending removal became moot when the petitioner was removed); *Odus v. Ashcroft*, 61 F. App'x 121 (5th Cir. 2003) (same). Thus, the petition (Dkt. No. 1) is dismissed for lack of jurisdiction.

The Court will enter judgment accordingly.

So ordered on May 15, 2026.

 

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE

_____

[1] Markwayne Mullin, the United States Secretary of Homeland Security, is automatically substituted for his predecessor, Kristi Noem. *See* Fed. R. Civ. P. 25(d).